# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WESTERN ENGINEERING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:05CV3239** |
| vs. | ) | |
| | ) | **ORDER** |
| **PEAK ASPHALT, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

To facilitate settlement discussions, the parties request a 30-day extension of time to file a Rule 26(f) planning report.

**IT IS ORDERED** that the stipulated request (#9) is granted.  The parties are given until and including November 23, 2005 to file their planning report.

**DATED October 24, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**