IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESTERN ENGINEERING, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PEAK ASPHALT, L.L.C., )<br>)<br>Defendant. ) | Case No. 4:05CV3239<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference held by telephone conference. Gregory Scaglione, Curt Thomsen, and James Holman appeared for the parties. After reviewing the status of the case, by the agreement and request of counsel,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **May 4, 2006 at 9:30 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 2nd day of March 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge