```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WESTERN ENGINEERING, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3239 |
| | ) | |
| v. | ) | |
| | ) | |
| PEAK ASPHALT, L.L.C., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case has been reassigned to the undersigned magistrate judge for judicial supervision and processing of all pretrial matters.

IT THEREFORE HEREBY IS ORDERED,

The pretrial conference that is set for July 30, 2007 at 1:30 p.m. will be held in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, **Lincoln, Nebraska**. Jury trial remains as previously set on August 20, 2007 before the Honorable Richard G. Kopf.

DATED this 6th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge