IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESTERN ENGINEERING, INC., | ) | 4:05CV3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PEAK ASPHALT, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties in this matter have reached a settlement of their claims. Two motions for partial summary judgment are pending (filings 49 and 56), as are objections to evidence submitted in connection with those motions (filings 63 and 64). I find that the pending motions for summary judgment and objections should be denied as moot because the parties have reached settlement.

IT IS ORDERED that the pending motions for partial summary judgment (filings 49 and 56) and objections to evidence submitted in connection with those motions (filings 63 and 64) are denied as moot.

July 3, 2007                                    BY THE COURT:

                                                *s/Richard G. Kopf*
                                                United States District Judge