```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WESTERN ENGINEERING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3239 |
| | ) | |
| v. | ) | |
| | ) | |
| PEAK ASPHALT, L.L.C., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's Motion for Leave to Withdraw, filing 70, is granted and Rachel L. Theilmann is withdrawn as counsel for plaintiff.

DATED this 3rd day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge