IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESTERN ENGINEERING, INC., | ) | 4:05CV3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| PEAK ASPHALT, L.L.C, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 74) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that Plaintiff's complaint and Defendant's counterclaim are dismissed, with prejudice, each party to bear their own costs and attorney and expert fees, and complete record waived.

July 25, 2007                                    BY THE COURT:

                                                 *s/Richard G. Kopf*
                                                 United States District Judge